UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TIMOTHY TELLO,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  1:23-CV-01206-RP |
| | § | |
| **PORSCHE FINANCIAL** | § | |
| **SERVICES, INC,  EXPERIAN** | § | |
| **INFORMATION SOLUTIONS,** | § | |
| **INC,  TRANS UNION, LLC,** | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC,** | § | |
| *Defendants* | § | |

**ORDER**

Before the Court is Defendant Experian Information Solutions, Inc.'s Opposed Motion for a Stay of Discovery Pending Resolution of its Motion to Compel Arbitration [Dkt. 28] or, in the Alternative, for a Protective Order, Dkt. 33, and all related briefing. The District Judge referred the motion to the undersigned, and the Court set the motion for hearing. Dkt. 46. For the reasons stated on the record in that hearing, the Court **GRANTS** Experian's motion, Dkt. 33, and **STAYS** all discovery as to Experian until such time as the District Court enters an order adopting or rejecting the undersigned's forthcoming Report and Recommendation on Experian's motion to compel arbitration, Dkt. 28.

SIGNED April 26, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE